JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJI OBASAJU, | CV 22-6839 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL., | |
| Defendant. | |

Pursuant to the Court's December 1, 2022 Minute Order dismissing this action for failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 1, 2022

                                                Percy Anderson
                                  UNITED STATES DISTRICT JUDGE